| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |

| | |
|---|---|
| BRUCE ARNOLD TINER, | Case No. 3:19-cv-00033-MMD-WGC |
| Plaintiff | ORDER |
| v. | |
| STATE OF NEVADA et al., | |
| Defendants | |

**I. DISCUSSION**

On December 9, 2019, the Court issued a screening order staying this case and indicating that the Court would issue a follow-up order setting the case for Early Inmate Mediation. (ECF No. 3.) That Court has since received notice that Plaintiff has been paroled. (ECF No. 6.) However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This case cannot proceed to mediation until Plaintiff updates his address. The Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action with prejudice.

Additionally, the Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot because Plaintiff is no longer incarcerated. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400.

///

Until Plaintiff files an updated address and an application to proceed *in forma pauperis* by a non-prisoner, this case will remain stayed, and the Court will not set this case for Early Inmate Mediation. Once Plaintiff files an updated address and an application to proceed *in forma pauperis* by a non-prisoner, the Court will issue a follow-up order resetting deadlines for this case.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff will file his updated address with the Court within **thirty (30) days** from the date of this order.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court will dismiss this case with prejudice.

IT IS FURTHER ORDERED that, until Plaintiff files an updated address and an application to proceed *in forma pauperis* by a non-prisoner, this case will remain stayed, and the Court will not set this case for Early Inmate Mediation.

DATED THIS 3rd day of February 2020.

_____
UNITED STATES MAGISTRATE JUDGE